19433—Frank E. Barker v. City of Hamilton et al; error to Butler Appeals. Dismissed, no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 11-20-25; 3 Abs. 738.

19438—Rufus W. Hutson v. Os Briggs; error to the Fayette Appeals. Dismissed, no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 11-20-25; 3 Abs. 754.

19439—Rufus W. Hutson v. Melissa Allen; error to the Fayette Appeals. Dismissed, no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 11-20-25; 3 Abs. 754.

19440—Rufus W. Hutson v. Laura M. Stewart; error to the Fayette Appeals. Dismissed, no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 11-20-25; 3 Abs. 754.

## MOTION DOCKET

18902—Joseph A. Szymanski v. James C. Davis. Motion for Belmont Appeals to certify. Overruled. Dock. 1-8-25; 3 Abs. 34.

19088—Baltimore & Ohio R. R. v. Fish-Lybarger & Co. Motion for Knox Appeals to certify. Overruled. Dock. 4-22-25; 3 Abs. 278.

19259—Butchers Workmen's Union, Local No. 610, v. Gus Juengling & Son Co., etc. (On rehearing). Motion for Hamilton Appeals to certify. Former entry vacated and motion to certify allowed. Dock. 7-13-25; 3 Abs. 451.

19266—Dominic Donofrio v. Mike Vespo. Motion for Summit Appeals to certify. Overruled. Dock. 7-15-25; 3 Abs. 451. OA. 3 Abs. 411.

19268—Benjamin E. Brady v. Homer I. N. Stafford, Recr. Motion for Tuscarawas Appeals to certify. Allowed. Dock. 7-16-25; 3 Abs. 451. OS. Pend. 3 Abs. 547.

19307—Associated Consumers and Dealer, etc., v. Better Business Commission, etc. Motion for Lucas Appeals to certify. Overruled. Dock. 8-5-25; 3 Abs. 499. OA. 3 Abs. 527.

19310—Northwestern Mutual Life Insurance Co. v. New Fisheries Co. Motion for Hamilton Appeals to certify. Overruled. Dock. 8-6-25; 3 Abs. 499. OA. 3 Abs. 716.

19329—Harry L. Conn et al. v. John J. Jones, Treas. Motion by defendant directing the Van Wert Appeals to certify. Allowed. Dock. 8-15-25; 3 Abs. 530. OA. 3 Abs. 528; OS. Pend. 3 Abs. 595.

19329—Harry L. Conn et al, v. John J. Jones, Treas. Motion by defendant to strike petition in error as of right from files. Overruled. Dock. 8-15-25; 3 Abs. 530. OA. 3 Abs. 528; OS. Pend. 3 Abs. 595.

19363—Thomas L. Hahn et al. v. Raper Ray. Motion for Champaign Appeals to certify. Overruled. Dock. 9-25-25; 3 Abs. 610.

19372—London Guarantee & Accident Co., Ltd., v .Empire Plow Co. Motion for Cuyahoga Appeals to certify. Allowed.

19381—Abel Mowery v. Albert Bauman. Motion for Fairfield Appeals to certify. Overruled. Dock. 10-14-25; 3 Abs. 658.

19382—James Jordan v. Anna Gertrude Murphy. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 10-15-25; 3 Abs. 658. OS. Pend. 3 Abs. 727.

19393—Franklin Bond & Investment Co. v. C. R. McFadden. Motion for Licking Appeals to certify. Overruled. Dock. 10-22-25; 3 Abs. 674.

19411—Fitzsimmons Realty Co. v. Ohmer C. Mimmich. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 11-10-25; 3 Abs. 722.

19412—Board of Education of the Elinore-Harris Twp. School District, Ottawa County, Ohio, v. Henry W. Nieman et al. Motion for Ottawa Appeals to certify. Overruled. Dock. 11-10-25; 3 Abs. 722.

19413—Robert S. Alter v. Robert Shearwood. Motion for Hamilton Appeals to certify its record. Overruled. Dock. 11-12-25; 3 Abs. 722. OA. 3 Abs. 685.

19415—James Watkins v. State of Ohio. Motion for Mahoning Appeals to certify. Overruled. Dock. 11-13-25; 3 Abs. 722.

19416—John Wagner v. State of Ohio. Motion for leave to file petition in error to the Hocking Appeals. Allowed. Dock. 11-13-25; 3 Abs. 722.

19423—Morris H. Glauber v. George J. Paul. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 11-18-25; 3 Abs. 738.

19424—Consolidated Oil Co. v. City of Cleveland. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 11-18-25; 3 Abs. 738.

19425—Jesse G. Francis et al v. State ex rel. C. C. Crabbe, Attorney General. Motion for Mahoning Appeals to certify. Overruled. Dock. 11-18-25; 3 Abs. 738.

19426—Hugh Swaney et al v. State, ex rel. C. C. Crabbe, Attorney General. Motion for Mahoning Appeals to certify. Overruled. Dock. 11-18-25; 3 Abs. 738.

19427—J. Arthur Ferris et al. v. State of Ohio et al. Motion for Mahoning Appeals to certify. Overruled. Dock. 11-18-25; 3 Abs. 738.

19429—John Strohm et al v. Frank Whitney Blackford. Motion for Crawford Appeals to certify. Overruled. Dock. 11-19-25; 3 Abs. 738. OA. 3 Abs. 719.

19430—Cincinnati, New Orleans & Texas Pacific Ry. v. Charles C. Oyler et al. Motion for Hamilton Appeals to certify. Overruled. Dock. 11-20-25; 3 Abs. 738.

19431—Charles L. Stacey v. Fidelity and Casualty Co. of New York. Motion for Huron Appeals to certify. Allowed. Dock. 11-20-25; 3 Abs. 738.

19433—Frank E. Barker v. City of Hamilton. Motion for Butler Appeals to certify. Overruled. Dock. 11-20-25; 3 Abs. 738.

19433—Frank E. Barker v. City of Hamilton. Motion to dismiss because no constitutional question involved. Sustained. Dock. 11-20-25; 3 Abs. 738.

19434—Cincinnati Traction Co. v. Margaret Poehl. Motion for Hamilton Appeals to certify. Overruled. Dock. 11-21-25; 3 Abs. 738. OS. Pend. 3 Abs. 763.

19435—Taylor M. Bishop v. Gwennie Whitehead. Motion for Licking Appeals to certify. Overruled. Dock. 11-21-25; 3 Abs. 738.

19437—Earl Andrews v. Milton I. Trostle et al. Motion for Putnam Appeals to certify. Allowed. Dock. 11-23-25; 3 Abs. 738.

19456—Freid Paper Stock Co. of Hamilton, v. Orrin Will. Motion for Butler Appeals to certify. Overruled. Dock. 12-4-25; 3 Abs. 762.

19484—State, ex rel. Swanton Village School District, v. Board of Education of Sharples Village School District. Motion for temporary injunction. Allowed. Bond $500. Dock. 12-14-25; 4 Abs. 26.